# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MAGNACROSS LLC, | PATENT |
|  | Case No. 3:19-cv-07190-WHO |
| Plaintiff, | |
| v. | **ORDER TO DISMISS ADVANTECH CORPORATION WITH PREJUDICE PURSUANT TO RULE 41(A)(2) AND TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE** |
| ADVANTECH CORPORATION, | |
| Defendant. | |
|  | Judge: Hon. William H. Orrick |

The Stipulation to Dismiss Advantech Corporation with Prejudice Pursuant to Rule 41(a)(2) and to Dismiss Counterclaims Without Prejudice, which requests dismissal of all claims and counterclaims asserted between Plaintiff Magnacross LLC and Defendant Advantech Corporation, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Magnacross LLC are hereby DISMISSED WITH PREJUDICE, and all counterclaims asserted by Defendant Advantech Corporation, are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: May 11, 2020

Hon. William H. Orrick
U.S District Judge